# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEPHEN WHITE, on behalf of himself and all others similarly situated,**

    **Plaintiff,**

**-vs-**             **Case No. 6:10-cv-1780-Orl-28DAB**

**IMPAC FUNDING CORPORATION, BAC HOME LOANS SERVICING, LP,**

    **Defendants.**

_____

# ORDER

This case is before the Court on a review of Defendants' Notice of Removal (Doc. No. 1) filed December 1, 2010. The United States Magistrate Judge has submitted a report recommending that this case be remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

  1. That the Report and Recommendation filed February 15, 2011 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2. This case is remanded to the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida.

    3.    The Clerk is directed to remand this case to the Ninth Judicial Circuit in and for Osceola County, Florida, Case Number 2010-CA-6604-CI and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___9th___ day of March, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge